IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUNSET CARTAGE, INC., an Illinois Corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | 17 CV 7126 |
| | ) | |
| MICHAEL T. HAFFNER, AS TRUSTEE AND | ) | Judge Edmond E. Chang |
| CHAIRMAN OF THE CHAUFFEURS, TEAMSTERS | ) | |
| AND HELPERS LOCAL UNION NO. 301 HEALTH | ) | |
| AND WELFARE FUND; MICHAEL T. HAFFNER AS | ) | |
| TRUSTEE AND CHAIRMAN OF THE CHAUFFEURS, | ) | |
| TEAMSTERS AND HELPERS LOCAL UNION NO. 301 | ) | |
| PENSION FUND; AND CHAUFFEURS, TEAMSTERS | ) | |
| AND HELPERS LOCAL UNION NO. 301, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

To:     Willam A. Widmer, III
        Susan Matta
        Carmell Charone Widmer Moss & Barr, Ltd.
        One East Wacker Drive, Suite 3300
        Chicago IL 60601

PLEASE TAKE NOTICE that pursuant to Federal Rule 41(a)(1)(A)(i) of Civil Procedure, Plaintiff, Sunset Cartage, Inc., hereby voluntarily dismisses this action without prejudice against defendants.

/s/ Joseph P. Berglund

## CERTIFICATE OF SERVICE

I, declare under penalty of perjury under the laws of the United States of America that I served this *Notice* upon the individuals listed above by email on August 23, 2018.

Dated: August 23, 2018                                    /s/ Joseph P. Berglund
Attorney For Plaintiff
Joseph P. Berglund
LAW OFFICES OF JOSEPH P. BERGLUND
1010 Jorie Blvd, Suite 370
Oak Brook, Illinois 60523
(630)990-0234
Email: berglundmastny@aol.com